UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUSINESS HEALTH SOLUTIONS, P.C.,

    Plaintiff,

Case No. 15-cv-10990

Hon. Sean F. Cox

v.

PACIFIC TOXICOLOGY LABORATORIES,
doing business as PAC TOX,
and JOHN DOES 1 - 10,

    Defendants.

_____/

| | |
|---|---|
| Adam G. Taub (P48703) | Gerald J. Gleeson, II (P53568) |
| Adam Taub Assoc Consumer Law Group | Jeffrey A. Crapko (P78487) |
| 17200 W. Ten Mile Road, Suite 200 | Miller, Canfield, Paddock and Stone, P.L.C. |
| Southfield, MI 48075 | 840 West Long Lake Road, Suite 150 |
| (248) 746-3790 | Troy, MI 48098 |
| adamgtaub@clgplc.net | (248) 879-2000 |
| *Counsel for Plaintiff* | gleeson@millercanfield.com |
| | crapko@millercanfield.com |
| | *Counsel for Defendant Pacific Toxicology Laboratories* |

_____/

## THIRD STIPULATION AND FINAL ORDER EXTENDING DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND AND STAYING CASE

## **STIPULATION**

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed Order set forth below, which extends the deadline for twenty-one days for Defendant Pacific Toxicology Laboratories ("Pac Tox") to answer or otherwise respond to the Complaint and stays this case until the same date. The parties are engaged in ongoing settlement discussions that are likely to resolve this matter and fully anticipate that this case will be voluntarily dismissed before this period expires.

Stipulated to and respectfully submitted this 9th day of July, 2015, by:

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:   /s/Jeffrey A. Crapko
Gerald J. Gleeson, II (P53568)
Jeffrey A. Crapko (P78487)
840 West Long Lake Road, Suite 150
Troy, Michigan 48098
Telephone: (248) 879-2000
*Counsel for Defendant Pacific Toxicology Laboratories*

ADAM TAUB ASSOC CONSUMER LAW GROUP

By:   /s/Adam G. Taub w/consent
Adam G. Taub (P48703)
17200 W. Ten Mile Road, Suite 200
Southfield, MI 48075
Telephone: (248) 746-3790
*Counsel for Plaintiff*

# **ORDER**

Having considered the parties' stipulation, the Court hereby:

a. Extends the deadline for Defendant Pacific Toxicology Laboratories to answer or otherwise respond to the Complaint until Friday, July 31, 2015; and

b. Stays this case until Friday, July 31, 2015.

Upon the expiration of the stay set forth above, the parties will submit a Joint Status Report proposing how this matter will proceed.

The Court will not grant any additional requests for extension of the deadline to answer or other respond to the complaint.

SO ORDERED.

Dated: July 9, 2015                         s/ Sean F. Cox
                                            Sean F. Cox
                                            U. S. District Judge

Presented by:

　　　　　　　　　　MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

　　　　　　　　　　By:   /s/Jeffrey A. Crapko
　　　　　　　　　　　　Gerald J. Gleeson, II (P53568)
　　　　　　　　　　　　Jeffrey A. Crapko (P78487)
　　　　　　　　　　　　840 West Long Lake Road, Suite 150
　　　　　　　　　　　　Troy, Michigan 48098
　　　　　　　　　　　　Telephone: (248) 879-2000
　　　　　　　　　　　　*Counsel for Defendant Pacific Toxicology Laboratories*

ADAM TAUB ASSOC CONSUMER LAW GROUP

By: /s/Adam G. Taub
    Adam G. Taub (P48703)
    17200 W. Ten Mile Road, Suite 200
    Southfield, MI 48075
    Telephone: (248) 746-3790
    *Counsel for Plaintiff*