UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUSINESS HEALTH SOLUTIONS, P.C.,

    Plaintiff,

Case No. 15-cv-10990

Hon. Sean F. Cox

v.

PACIFIC TOXICOLOGY LABORATORIES,
doing business as PAC TOX,
and JOHN DOES 1 - 10,

    Defendants.

_____/

| | |
|---|---|
| Adam G. Taub (P48703) | Gerald J. Gleeson, II (P53568) |
| Adam Taub Assoc Consumer Law Group | Jeffrey A. Crapko (P78487) |
| 17200 W. Ten Mile Road, Suite 200 | Miller, Canfield, Paddock and Stone, P.L.C. |
| Southfield, MI 48075 | 840 West Long Lake Road, Suite 150 |
| (248) 746-3790 | Troy, MI  48098 |
| adamgtaub@clgplc.net | (248) 879-2000 |
| *Counsel for Plaintiff* | gleeson@millercanfield.com |
| | crapko@millercanfield.com |
| | *Counsel for Defendant Pacific Toxicology Laboratories* |

_____/

## **STIPULATED ORDER OF DISMISSAL**

    This matter having come before the Court upon the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

    WHEREAS, the parties have negotiated a settlement, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs or fees, and the dismissal of Plaintiff's putative class claims without prejudice and without costs or fees.

**IT IS SO ORDERED.**

Dated: July 31, 2015

s/ Sean F. Cox
Sean F. Cox
U. S. District Judge

STIPULATED AND AGREED:

| | |
|---|---|
| BUSINESS HEALTH SOLUTIONS, P.C. | PACIFIC TOXICOLOGY LABORATORIES, doing business as PAC TOX |
| s/Adam G Taub<br>By one of its attorneys<br>Adam G. Taub (P48703)<br>ADAM TAUB ASSOC<br>CONSUMER LAW GROUP<br>17200 W. Ten Mile Road, Suite 200<br>Southfield, MI 48075<br>Telephone: (248) 746-3790<br>*Counsel for Plaintiff* | s/ Gerald J. Gleeson<br>Gerald J. Gleeson, II (P53568)<br>Jeffrey A. Crapko (P78487)<br>MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>840 West Long Lake Road, Suite 150<br>Troy, Michigan 48098<br>Telephone: (248) 879-2000<br>*Counsel for Defendant Pacific Toxicology Laboratories* |